```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAERSK AGENCY U.S.A., INC., AS AGENT FOR            :
MAERSK LINE A/S dba MAERSK LINE,                    :
:
                Plaintiff,        :       21-cv-6943 (LJL)
:
     -v-                                            :       ORDER
:
OCEANIC CONTAINER LINE INC.,                        :
:
                Defendant.         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has before it the motion of plaintiff Maersk U.S.A., Inc., as agent for Maersk Line A/S dba Maersk Line ("Plaintiff") for default judgment pursuant to Federal Rule of Civil Procedure 55. Upon review of the submissions of Plaintiff and its counsel, it is hereby ORDERED that Plaintiff is entitled to judgment against defendant Oceanic Container Line Inc. ("Defendant") in the amount of $309,111.73. The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff and against Defendant in this amount. The Clerk of Court is further directed to close Dkt. Nos. 14 and 20 and to close the case.

       SO ORDERED.

Dated: December 1, 2021
       New York, New York
                                                    LEWIS J. LIMAN
                                                    United States District Judge