UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAERSK AGENCY U.S.A, INC., AS AGENT
FOR MAERSK LINE A/S dba MAERSK LINE,

                              Plaintiff,

                                                            21 **CIVIL** 6943 (LJL)

              -against-                        **DEFAULT JUDGMENT**

OCEANIC CONTAINER LINE INC.,

                              Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 2 2021

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Order dated December 1, 2021, Plaintiff is entitled to judgment against defendant

Oceanic Container Line Inc. in the amount of $309,111.73; accordingly, the case is closed.

**DATED**: New York, New York
              December 2, 2021

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

                    BY: _____
                              **Deputy Clerk**